1  JOHN L. BURRIS, ESQ. - State Bar #69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California   94621
3  Telephone: (510) 839-5200          Fax: (510) 839-3882

4  GAYLA B. LIBET, Esq. - State Bar #109173
   LAW OFFICES OF GAYLA B. LIBET
5  486 41st Street, # 3
   Oakland, CA  94609
6  Telephone and Fax:  (510) 420-0324
   Attorneys for Plaintiff
7  Mae D. Walker

8  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
9  JENNIFER N. LOGUE, Deputy City Attorney - State Bar #241910
   One Frank H. Ogawa Plaza, 6th Floor
10 Oakland, California  94612
   Telephone:  (510) 238-6524          Fax:  (510) 238-6500
11 Attorneys for Defendants
   City of Oakland, Wayne Tucker, Deandrea Vantree
12 25286/393214

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15
   MAE D. WALKER,                          Case No.   C-06-04107-CRB
16
                 Plaintiff,                **STIPULATION OF DISMISSAL WITH
17                                          PREJUDICE AND [PROPOSED]
        vs.                                 ORDER THEREON**
18
   CITY OF OAKLAND, a municipal corporation;
19 WAYNE TUCKER, in his capacity as Chief of
   Police for the CITY OF OAKLAND; DEANDREA
20 VANTREE, individually, and in his capacity as
   an Oakland police officer; and DOES 1 through
21 25, inclusive,

22               Defendants.

23

24        **THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF**

25 **RECORD, DO HEREBY STIPULATE AND AGREE THAT:**

26 / / /

1    Pursuant to the terms of the settlement of the entire action reached between

2 the parties, the parties do hereby request that this action be dismissed with prejudice,

3 each party to bear its own attorneys' fees and costs.

4 IT IS SO STIPULATED:

5

6 DATED: February 28 ,2007   LAW OFFICES OF JOHN L. BURRIS

7

8              JOHN L. BURRIS

9              Attorney for Plaintiff

10             Mae D. Walker

11

12 DATED: February____,2007   LAW OFFICES OF GAYLA B. LIBET

13             GAYLA B. LIBET

14

15             Attorney for Plaintiff

              Mae D. Walker

16

17 DATED: February 16 ,2007   OFFICE OF THE CITY ATTORNEY

18

19             JENNIFER N. LOGUE

20             Attorneys for Defendants

21             City of Oakland, Wayne Tucker

              Deandrea Vantree

22 PURSUANT TO STIPULATION,

23 IT IS SO ORDERED:

24 Dated: _March 8_____, 2007

25          HONORABLE C

           United States Dis

26

IT IS SO ORDERED

Judge Charles R. Breyer